# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jeffrey Davidson, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| Plaintiff, | ) | the Federal Rules of Civil |
| | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Account Resolution Team, Inc., a | ) | |
| Tennessee corporation, | ) | |
| | ) | **5:21-cv-00030-LCB** |
| Defendant. | ) | |

Summons in a Civil Action

To:  Account Resolution Team, Inc.
c/o Corporation Service Company, Inc., as registered agent
641 S. Lawrence Street
Montgomery, Alabama 36104

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

         Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, Alabama 35801

David J. Philipps
Philipps & Philipps, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 1/19/2021

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By:
Deputy Clerk

(SEAL OF COURT)
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203